# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 15-221 |
| FERNANDO FRANCO PALACIOS | : | |

## ORDER

AND NOW, this 3rd day of November, 2015, upon consideration of the government's Motion to Dismiss the Indictment in the above captioned case, it is hereby:

ORDERED

that the Motion is GRANTED and the above indictment is DISMISSED.

BY THE COURT:

_____
HONORABLE MITCHELL S. GOLDBERG
*Judge, United States District Court*